IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| CLEVE BROWN, JR., | ◊ ◊ | |
| Plaintiff, | ◊ ◊ | |
| vs. | ◊ ◊ | No. 05-2912-Ml/An |
| JENNING BERNARD, | ◊ ◊ | |
| Defendant. | ◊ ◊ ◊ | |

SECOND ORDER TO COMPLY WITH PLRA
OR
PAY FULL $250 CIVIL FILING FEE

Plaintiff Cleve Brown, Jr., RNI number 34420, who is currently an inmate at the Shelby County Detention Center[1] in Memphis, Tennessee, filed a pro se complaint pursuant to 42 U.S.C. § 1983 on December 8, 2005. The Court issued an order on December 15, 2005 directing the plaintiff, within thirty (30) days, to comply with the Prison Litigation Reform Act of 1995 ("PLRA"), 28 U.S.C. § 1915(a)-(b), or remit the full $250 civil filing fee. On December 23, 2005, plaintiff filed a copy of the prisoner in forma pauperis affidavit, but the section for a certification by the inmate trust fund officer was left blank. The plaintiff also has not submitted a trust fund account statement. Accordingly, the plaintiff has not fully complied with the December 15, 2005 order. The Court therefore construes the plaintiff's

---

[1] The word "prison" is used in this order to refer to all places of confinement or incarceration, including jails, penal farms, detention and classification facilities, or halfway houses.

filing as a request for a thirty-day extension of time to comply with the order and, as so construed, grants the application. The due date for plaintiff's compliance with the December 15, 2005 order is extended to thirty (30) days from the date of entry of this order. No further extensions of time will be afforded.

    IT IS SO ORDERED this 17th day of January, 2006.

    /s/ Jon P. McCalla
    JON PHIPPS McCALLA
    UNITED STATES DISTRICT JUDGE